# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GENESIS CAPITAL, LLC**<br>15303 Ventura Boulevard, Suite 700<br>Sherman Oaks, CA 91403<br><br>   Plaintiff,<br><br>vs.<br><br>**RICHARD CUNNINGHAM JR.**<br>5614 Connecticut Avenue Northwest<br>Suite 134<br>Washington, D.C. 20015<br><br>and<br><br>**ELAINE MARION CUNNINGHAM**<br>5835 Everhart Place<br>Fort Washington, MD 20744<br><br>   Defendants. | Case No. _____ |

## VERIFIED COMPLAINT

COMES NOW the Plaintiff, GENESIS CAPITAL, LLC ("<u>Lender</u>" or "<u>Plaintiff</u>"), by and through its undersigned counsel, and sues the Defendants, RICHARD CUNNINGHAM JR. and ELAINE MARION CUNNINGHAM (collectively referred to as "<u>Guarantors</u>" or "<u>Defendants</u>"), and for causes of action states:

## PARTIES & JURISDICTION

1. Plaintiff is a Delaware limited liability company with its principal place of business in Los Angeles, California. Lender is wholly owned by NRZ Services Holdings LLC, a Delaware limited liability with its principal place of business in New York, New York. NRZ Services Holdings LLC is wholly owned by NRZ Mortgage Holdings LLC, a Delaware limited liability with its principal place of business in New York, New York. NRZ Mortgage Holdings LLC is

wholly owned by Rithm Capital Corp. f/k/a New Residential Investment Corp., a publicly traded Delaware corporation with its principal place of business in New York, New York.

2. Richard Cunningham Jr. is an adult citizen of the District of Columbia.

3. Elaine Marion Cunningham is an adult citizen of Fort Washington, Prince George's County, Maryland.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendants are citizens of different states and the amount in controversy, exclusive of interest and costs, is greater than $75,000.00.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this action arose in the District of Columbia.

6. This Court has personal jurisdiction over Defendant, Richard Cunningham, Jr., pursuant to the provisions of D.C. Code § 13-422, because he is domiciled in and maintains his principal place of business in the District of Columbia.

7. This Court has personal jurisdiction over both Defendants pursuant to the provisions of D.C. Code §§ 13-423(a)(1) and (a)(5) because Defendants contracted for the performance of the obligations giving rise to this lawsuit in the District of Columbia, and because Defendants are owners of the Borrower (as defined below), which owns and operates improved real property located in the District of Columbia.

## FACTUAL BACKGROUND

8. THE LAURAVIN LUXURY APARTMENTS HOMES, LLC ("Lauravin" of "Borrower") is the owner of certain real property and improvements thereon located at 1701 E Street Northeast, Washington, D.C. 20002 (the "Property").

**I. <u>The Loan</u>**

9. Plaintiff is the holder of a Promissory Note dated April 13, 2022 (the "<u>Note</u>") made by Lauravin to the order of Plaintiff, evidencing a loan (the "<u>Term Loan</u>") from Plaintiff to Lauravin in the original principal sum of $3,075,000.00. A true and correct copy of the Note is attached hereto marked **Exhibit 1**.

10. The Term Loan is further evidenced by a Term Loan Agreement between Lauravin and Plaintiff dated April 13, 2022 (the "<u>Loan Agreement</u>"), a true and correct copy of which is attached hereto marked **Exhibit 2**.

11. Repayment of the Note and performance of the Lauravin's obligations under the Loan Agreement is secured, in part, by that certain Deed of Trust from Lauravin to Premium Title & Escrow, LLC ("<u>Trustee</u>") for the benefit of the Plaintiff dated April 13, 2022, and recorded April 21, 2022, as Document # 2022044068 in the Recorder of Deeds for the District of Columbia (the "<u>Deed of Trust</u>"), creating a lien on and encumbering the Property. A true and correct copy of the Deed of Trust is attached hereto as **Exhibit 3**.

**II. <u>Guaranty of Indebtedness and Obligations</u>**

12. Pursuant to (a) that certain Repayment Guaranty from Defendant, Richard Cunningham, Jr. dated April 13, 2022 (the "<u>R. Cunningham Guaranty</u>"), and (b) that certain Repayment Guaranty from Defendant, Elaine Marion Cunningham dated April 13, 2022 (the "<u>E. Cunningham Guaranty</u>," and collectively with the R. Cunningham Guaranty, the "<u>Guarantees</u>") Guarantors promised to guaranty both (i) the payment of Lauravin's indebtedness to Plaintiff arising under the Loan Documents (as defined below) (the "<u>Indebtedness</u>"), and (ii) the performance of Lauravin's obligations pursuant to the Loan Documents (the "<u>Obligations</u>"). True

and correct copies of the Guarantees executed by the Defendants are attached hereto as **Exhibits 4** and **5**.

### III. Lauravin's Default under the Loan Documents

13. Lauravin is in default under the Note, the Loan Agreement, the Deed of Trust, and all other documents evidencing the Term Loan (collectively, the "Loan Documents") as a consequence of (a) its failure to pay the installments of principal and interest due and owing under the Note for the months of January, February, and March, 2023, and (b) its failure to maintain and preserve the Property (the "Events of Default").

14. As a consequence of the Events of Default, on February 2, 2023, Plaintiff notified Lauravin and the Defendants of the Events of Default and of their failure to cure such defaults within the time permitted by the Loan Documents and demanded payment of all amounts due (the "Notice of Default"). A true and correct copy of the Notice of Default is attached hereto as **Exhibit 6**.

15. Due to the continuing nature of the Events of Default, on March 3, 2023, Plaintiff, through counsel, notified Lauravin and the Guarantors of its election to accelerate the maturity date of the Indebtedness due and owing on account of the Loan Documents and to impose the default rate of interest on the unpaid principal balance due and owing for each and every day after March 3, 2023 ("Notice of Acceleration"). A true and correct copy of the Notice of Acceleration is attached hereto as **Exhibit 7**. To date, Lauravin and the Defendants have failed to satisfy the Indebtedness and continue to be in default of their Obligations under the Loan Documents.

### IV. Amounts Due to Plaintiff

16. As of April 18, 2023, Lauravin and the Defendants jointly and severally owe Plaintiff the following amounts on account of the Indebtedness:

| | |
|---|---|
| Principal: | $3,075,000.00 |
| Interest (through 4/18/2023): | $224,042.52 |
| Late Charges: | $23,408.73 |
| Unpaid Loan Charges/Advances: | $100.00 |
| Estimated Payoff Charges: | $128.75 |
| Legal Fees and Costs: | $29,187.75 |
| Total: | $3,351,867.75 |

17. Interest continues to accrue on the unpaid principal balance of the Indebtedness at the variable Default Rate of 21.7932% *per annum* or $1,836.53 *per diem* for each and every day from and after April 18, 2023 until date of payment. Additionally, Plaintiff has incurred and will continue to incur additional costs, expenses and fees, including attorneys' fees, which are all recoverable under the Note and the other Loan Documents.

## COUNT I
*(Breach of Contract)*

18. Plaintiff repeats and realleges the allegations in Paragraphs 1 through 17 as if set forth in full herein.

19. As of April 18, 2023, there is justly due and owing from Guarantors to Plaintiff on account of the Loan Documents and the Guarantees the principal sum of Three Million Seventy-Five Thousand and No/100 Dollars ($3,075,000.00), plus accrued and unpaid interest in the amount of Two Hundred Twenty-Four Thousand Forty-Two and 52/100 Dollars ($224,042.52), accrued and unpaid late charges in the amount of Twenty-Three Thousand Four Hundred Eight and 73/100 Dollars ($23,408.73), unpaid loan charges, advances and payoff charges in the amount of Two Hundred Twenty-Eight and 75/100 Dollars ($228.75), and legal fees and costs of Twenty-Nine Thousand One Hundred Eighty-Seven and 75/100 Dollars ($29,187.75).

20. Interest continues to accrue on the unpaid principal balance of the Indebtedness at the variable Default Rate that is currently 21.7932% *per annum* or One Thousand Eight Hundred

5

Thirty-Six and 53/100 Dollars ($1,836.53) *per diem* and which may change with changes in the "Effective Rate" as defined in the Note, for each and every day from and after April 18, 2023 until date of payment.

21. In order to collect the Indebtedness due and owing as aforesaid, Plaintiff has been required to obtain counsel.

22. Pursuant to the terms and provisions of the Guarantees, Guarantors agreed to reimburse Plaintiff for all expenses incurred in enforcing the Guarantees and collecting the Indebtedness, including, without limitation, reasonable attorneys' fees.

23. As of the filing of this Complaint, Plaintiff had incurred attorneys' fees and expenses in the amount of Twenty-Nine Thousand One Hundred Eighty-Seven and 75/100 Dollars ($29,187.75).

24. Plaintiff has incurred and continues to incur attorneys' fees and expenses incident to its rightful enforcement of the Guaranty.

WHEREFORE, Plaintiff, GENESIS CAPITAL, LLC, prays for judgment in its favor and against the Defendants, RICHARD CUNNINGHAM, JR. and ELAINE MARION CUNNINGHAM, both jointly and severally, in the following amounts:

A. Principal in the amount of Three Million Seventy-Five Thousand and No/100 Dollars ($3,075,000.00);

B. Accrued and unpaid interest in the amount of Two Hundred Twenty-Four Thousand Forty-Two and 52/100 Dollars ($224,042.52);

C. Accrued and unpaid late fees in the amount of Twenty-Three Thousand Four Hundred Eight and 73/100 Dollars ($23,408.73);

D. Additional pre-judgment interest from April 18, 2023 until entry of judgment at the variable rate that is currently April 18, 2023 21.7932% *per annum* or One Thousand Eight Hundred Thirty-Six and 53/100 Dollars ($1,836.53) *per diem*, and which may change with changes in the "Effective Rate" as defined in the Note;

E. Unpaid loan charges and payoff charges in the amount of Two Hundred Twenty-Eight and 75/100 Dollars ($228.75);

F. Interest on the judgment at the rate allowed by law;

G. Reasonable attorneys' fees and expenses of collection in the amount of Twenty-Nine Thousand One Hundred Eighty-Seven and 75/100 Dollars ($29,187.75);

H. Court costs; and

I. All such other and further relief as may be proper.

Date: April 21, 2023        Respectfully submitted,

/s/ Richard E. Hagerty
Richard E. Hagerty (DC Bar # 411858)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel:   (202) 274-1910
Fax:   (703) 448-6520
Email: richard.hagerty@troutman.com

*Attorney for Plaintiff, Genesis Capital, LLC*

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that I am YVONNE GRUENBERG, an authorized signatory for Genesis Capital, LLC, that I have read the allegations set forth above in the Verified Complaint, and that to the best of my knowledge, information, and belief such representations are true and accurate.

4/19/23
Date

YVONNE GRUENBERG
Authorized Signatory
Genesis Capital, LLC

8